# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 15, 2007

Charles R. Fulbruge III
Clerk

No. 06-50014
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

TONY DAVIS

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:02-CV-122
USDC No. 1:96-CR-190

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Tony Robert Davis, former federal prisoner # 68917-080, was convicted and sentenced on eight counts of conspiracy, wire fraud, travel and transportation of securities for fraudulent purposes, and money laundering. See United States v. Davis, 226 F.3d 346, 348 (5th Cir. 2000). Davis now seeks a certificate of appealability (COA) to appeal the district court's denial of his

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

28 U.S.C. § 2255 motion challenging those convictions and sentences. See 28 U.S.C. § 2253(c).

During the pendency of this appeal, Davis was released from prison, and he completed his term of supervised release. As a result, Davis's claims have been rendered moot. See Spencer v. Kemna, 523 U.S. 1, 7 (1998); Bailey v. Southerland, 821 F.2d 277, 278-79 (5th Cir. 1987). Therefore, this appeal is dismissed as moot.

Davis's motions for COA and to supplement the record on appeal are denied.

Davis's abuse of the judicial system warrants the imposition of a sanction. Davis was warned in a prior appeal in a 28 U.S.C. § 2241 proceeding that further frivolous filings would result in the imposition of sanctions. Davis v. Wendt, No. 04-10926 (5th Cir. Mar. 24, 2006)(unpublished). Accordingly, concomitantly with any other sanction already imposed by this or any other court, Davis is no longer allowed to file any documents or pleadings in this court or in any court subject to this court's jurisdiction without first obtaining permission from a judge of this court. The Clerk of this Court and the clerks of all federal district courts within this Circuit are directed to refuse to file any pro se civil complaint or appeal by Davis unless Davis submits proof that he has obtained the permission of this court. If Davis attempts to file any further notices of appeal or original proceedings in this court the clerk will docket them for administrative purposes only. Any other submissions which do not show proof that the sanction has been satisfied will be neither addressed nor acknowledged.

APPEAL DISMISSED; MOTIONS DENIED; SANCTION IMPOSED.